In the Matter of the Accounts of THOMAS GRIEVE, Deceased, Committee of the Estate of JOHN T. GRIEVE, an Incompetent Person.

JOHN F. KAVANAGH, as Substitute Committee, Appellant; THE UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.

*Incompetent persons — accounting — substituted committee without authority to account for acts of deceased predecessor.*

*Matter of Grieve*, 218 App. Div. 780, affirmed.
(Argued March 30, 1927; decided May 3, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 5, 1926, which denied a motion for confirmation of the purported account of a deceased committee which account was prepared and filed by the substituted committee. The motion was denied upon the ground that the substituted committee was without authority to account for the acts of his predecessor.

*John F. Kavanagh* for appellant.

*Sunshine Ulman* and *William J. McArthur* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.